**MEMO ENDORSED**

# O'HAGAN MEYER
ATTORNEYS & ADVISORS

**SO ORDERED:**

Application granted. The Initial Pretrial Conference scheduled for May 25, 2021 is hereby adjourned to June 8, 2021 at 11:30 a.m.

_____
**Ona T. Wang**          5/18/21
United States Magistrate Judge

Ryan T. Benson
312.422.6138 Direct
312.422.6110 Facsimile
rbenson@ohaganmeyer.com

May 14, 2021

Judge J. Paul Oetken
Judge Ona T. Wang
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *MILTON WILLIAMS, on behalf of himself and all other persons similarly situated v. OSF INVESTMENTS, LLC*- Request for Adjournment of Initial Pretrial Conference
Case No. 1:21-cv-2535

_____

Dear Judge Wang:

This office represents Defendant OSF Investments, LLC.  I spoke to the attorney for Plaintiff and the parties request an adjournment of the Initial Pretrial Conference set for May 25, 2021.

Due to the response to the Complaint being due on June 4, 2021, the parties request an adjournment including all other deadlines related to the Initial Pretrial Conference Order (ECF #7) until a date after the response to the Compliant is due. This is our first request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates.

We thank the Court for your time and consideration in this matter.

This represents Defendant's first request for an adjournment of the Initial Pretrial Conference.

Judge J. Paul Oetken
Judge Ona T. Wang
May 14, 2021
Page 2

                                        Respectfully submitted:

                                        Ryan T. Benson

RTB:jhm
cc:    All Attorneys of Record (*via* ECF)